UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/09

JAIRO DELROSARIO,

                Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

No. 07 Civ. 2027 (RJS) (MHD)
ORDER

RICHARD J. SULLIVAN, District Judge:

    In light of Plaintiff's pending motion before the Honorable Michael H. Dolinger, Magistrate Judge, the status conference in this matter previously scheduled for May 14, 2009 is hereby adjourned until June 18, 2009 at 9:00 a.m. Should Judge Dolinger resolve the motion beforehand, the parties are directed to submit a join letter to the Court within three days of the decision regarding the status of this action.

SO ORDERED.

Dated:    May 11, 2009
             New York, New York

                                    RICHARD J. SULLIVAN
                                    UNITED STATES DISTRICT JUDGE