UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



JAIRO DEL ROSARIO,

                Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                Defendants.

No. 07 Civ. 2027 (RJS) (MHD)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' May 19, 2009 joint status letter, which indicates that the Honorable Michael H. Dolinger, Magistrate Judge — to whom this matter has been referred for general pretrial purposes — has granted Plaintiff two weeks to file and serve an amended pleading. (*See* Doc. No. 77.) Judge Dolinger's May 14, 2009 Memorandum and Order notes that "expert-witness discovery has been adjourned to the period after the filing and determination of any summary-judgment motions." (*Id.* at 9-10.) Therefore, the Court's May 13, 2008 Amended Referral Order remains in effect (Doc. No. 24), and the parties are directed to present all pretrial issues not related to the filing of dispositive motions to Judge Dolinger in the first instance.

    However, as noted in Judge Dolinger's decision, fact discovery in this matter is closed. (*See id.* at 1, 9.) Accordingly, the Court hereby adopts the following schedule:

    By May 28, 2009, Plaintiff shall file and serve the proposed Amended Complaint.

    By June 12, 2009, Defendants shall submit to this Court a pre-motion letter pursuant to Rule 2.A of my Individual Practices regarding any proposed dispositive motions.

1

Plaintiff shall submit his response to Defendants' pre-motion letter within three business days after he receives it.

The Court will address the parties' submissions at the next conference in this matter, which will be conducted, as previously scheduled, on June 18, 2009 at 9:00 a.m. No extensions to this schedule will be granted absent compelling circumstances.

SO ORDERED.

Dated:   May 21, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE